NUMBER 13-01-213-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

___________________________________________________________________


CITY OF CORPUS CHRISTI , Appellant,



v.




EUYLENE G. BISHOP , Appellee.

___________________________________________________________________


On appeal from the 148th District Court

of Nueces County, Texas.

__________________________________________________________________


MEMORANDUM OPINION ON MOTION FOR REHEARING



Before Justices Yañez, Castillo, and Dorsey (1)

Opinion on Motion for Rehearing by Justice Dorsey



 The motion for rehearing is granted.

 Appellee moved this court to vacate the judgment below and to dismiss the appeal under the authority of Texas Rules of
Appellate Procedure 43.2(e) & (f). Accordingly, the judgment below is VACATED and the cause REMANDED to the trial
court for further disposition.

 


____________________________

J. BONNER DORSEY Justice



Opinion delivered and filed

this 24th day of July, 2003.

 

1. Retired Justice J. Bonner Dorsey assigned to this Court by the Chief Justice of the Supreme Court of Texas pursuant to
Tex. Gov't Code Ann. § 74.003 (Vernon 1998).